**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6763**

ROBBIE SHERRON,

        Plaintiff - Appellant,

    v.

SHONICA JONES, CORRECTION CARE DIRECTOR 1,

        Defendant - Appellee,

    and

SHERIFF MICHAEL D. ANDREWS; RN BUTLER,

        Defendants

COUNTY OF DURHAM,

        Respondent.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Catherine C. Eagles, District Judge. (1:15-cv-00852-CCE-LPA)

Submitted: August 16, 2018                Decided: August 21, 2018

Before WYNN and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robbie Sherron, Appellant Pro Se. Rebecca R. Thornton, TEAGUE, CAMPBELL, DENNIS & GORHAM, LLP, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robbie Sherron appeals the district court's order entering judgment in favor of the Appellee following a jury trial on Sherron's 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. We therefore affirm the judgment of the district court and deny Sherron's motion for transcripts at government expense. *See* 28 U.S.C. § 753(f) (2012) (appellant entitled to transcripts at government expense if appeal is not frivolous, but presents a substantial question). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*